# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Date of Arrest: October 20, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. 16-1841 MJ |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| vs. | ) 21 U.S.C. § 841(a)(1)(b)(1)(c). |
| Leopoldo ORTIZ, | ) Possession of a Controlled Substance with Intent to Distribute |
| Defendant. | ) Count One |
| YOB: 1992 United States Citizen | ) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 20, 2016, at or near Yuma, Arizona, within the District of Arizona, the defendant, Leopoldo ORTIZ, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers; a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(c).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

[signature] USBP

_____
Eugenio Sardiñas
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 21, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

vs.

Leopoldo ORTIZ

**STATEMENT OF FACTS**

I, Eugenio Sardiñas, being duly sworn, do state the following:

On October 20, 2016, at approximately 4:15 p.m., Leopoldo ORTIZ ("ORTIZ"), a United States Citizen, was operating a 2006 black Pontiac G6 bearing Arizona license plate BXB1608. ORTIZ approached the United States Border Patrol ('USBP') checkpoint located on Interstate 8, mile-marker 17. While the primary USBP Agent conducted the immigration inspection of ORTIZ, USBP Agent Raul Figueroa (hereinafter "USBP Agent Figueroa") conducted an exterior canine sniff of the vehicle utilizing his canine named, "Hottie." The canine alerted and the vehicle was sent to secondary inspection.

While in the secondary inspection area, USBP Agent Figueroa obtained consent from ORTIZ to conduct a canine sniff of the interior of the vehicle. The canine alerted to the rear-quarter panels. Then, USBP Agent Figueroa obtained consent from ORTIZ to conduct a search of the interior of the vehicle. The search revealed numerous packages contained within the rear-quarter panel area. Next, an X-Ray of the vehicle was performed which showed anomalies in the rear-quarter panels, the rear bumper and the rear support behind the seat. A total of 17 packages were removed from the vehicle. 16 of the 17 packages removed were similarly wrapped with dark material with a clear outer layer. One random package was probed and it contained a crystalline substance that field tested positive for methamphetamine. The aggregate weight of the 16 packages was approximately 9.28 kilograms (20.42 lbs). The last remaining package, weighing approximately 1 ounce,

was probed and it contained a green leafy substance that field tested positive for marijuana.

ORTIZ knowingly and voluntarily waived his *Miranda* rights by signing a written waiver. During the post-*Miranda* interview, ORTIZ admitted he knew the vehicle he was operating contained an unknown amount of drugs. He further stated that he was driving to Phoenix, Arizona, where he would receive additional instructions on where to drop off the drug load.

Based on the foregoing, there is probable cause to believe that ORTIZ committed the offense as alleged in the Complaint.

Eugenio Sardiñas
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 21, 2016, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge